James M. Dolenga – California Bar No. 174447
21250 Hawthorne Blvd.
Suite 500
Torrance, CA 90503
(866) 772-5299
Attorney for Plaintiff

EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
Special Assistant United States Attorney
ANN L. MALEY
Special Assistant United States Attorney
CA State Bar No.: 176877
   Assistant Regional Counsel
   Social Security Administration, Region IX
   160 Spear Street, Suite 800
   San Francisco, California 94105
Tel: (415)977-8974
Fax: (415) 744-0134
E-mail: ann.maley@ssa.gov
Attorneys for Defendant
CAROLYN W. COLVIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DISTRICT

| | |
|---|---|
| Leonardo Solares, Jr., Plaintiff, <br><br> vs. <br><br> Carolyn W. Colvin, <br><br> Commissioner of Social Security, | Case No.: SA CV15-01245-BRO(AS) <br><br> {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |

1 | Defendant

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,310.87 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE: August 19, 2016

/ s /
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE